[Cite as *Assn. of Cleveland Fire Fighters IAFF Local 93 v. Cleveland Dept. of Law*, 2020-Ohio-4906.]

| | |
|---|---|
| ASSOCIATION OF CLEVELAND FIRE FIGHTERS IAFF LOCAL 93<br><br>    Requester<br><br>    v.<br><br>CITY OF CLEVELAND, DEPARTMENT OF LAW<br><br>    Respondent | Case No. 2020-00037PQ<br><br>Judge Patrick M. McGrath<br><br><br>JUDGMENT ENTRY |

{¶1} On August 11, 2020, a special master issued a report and recommendation (R&R) in this public-records case. The special master recommends that the court (1) find that the requester's request was, in part, ambiguous "and/or" a request for a comprehensive record that did not exist, (2) find that a claim for production of public records that were reasonably identified has been rendered moot, and (3) assess court costs equally between the parties. (R&R, 6.)

{¶2} Neither party has filed timely written objections to the R&R, as permitted by R.C. 2743.75(F)(2). Pursuant to R.C. 2743.75(F)(2), if neither party timely objects to a special master's report and recommendation, then this court is required to "promptly issue a final order adopting the report and recommendation, unless it determines that there is an error of law or other defect evident on the face of the report and recommendation."

{¶3} Upon review, the court determines that there is no error of law or other defect evident on the face of the R&R of August 11, 2020. The court adopts the special master's R&R, including the special master's findings of fact, conclusions of law, and recommendations contained in the R&R. Judgment is in favor of respondent. Court costs are assessed equally against the parties in accordance with the special master's recommendation. The clerk shall serve upon all parties notice of this judgment and its date of entry upon the journal.

_____
PATRICK M. MCGRATH
Judge

**Filed August 31, 2020**
**Sent to S.C. Reporter 10/12/20**